[No. 28286-1-II.   Division Two.   February 25, 2003.]

STEVE TSEFFOS, *Individually and on Behalf of Others Similarly Situated, Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-01754-2, Richard A. Strophy, J., entered January 11, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 20695-5-III.   Division Three.   February 27, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. COCHRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-1-00101-1, Kenneth L. Jorgensen, J., entered November 27, 2001. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 20895-8-III.   Division Three.   February 27, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS CABRERA ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-1-00274-3, Kenneth L. Jorgensen, J., entered February 8, 2002. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 20930-0-III.   Division Three.   February 27, 2003.]

*In the Matter of the Parentage of* EMILY RUIZ.

RAYMOND RUIZ, *Respondent*, v. KRISTINA M. WARNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-5-00929-7, Linda G. Tompkins, J., entered January 31, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.